IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00992-BNB

CAREY A. MURRAY,

      Applicant,

v.

BRIGHAM SLOAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Carey A. Murray, is a prisoner in the custody of the Colorado Department of Corrections who is currently incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. Mr. Murray has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he apparently challenges the revocation of his parole. The Court must construe the application liberally because Mr. Murray is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Murray will be ordered to file an amended application.

The Court has reviewed the application and finds that it is deficient because Mr. Murray is challenging the execution of his sentence rather than the validity of a state court conviction and sentence. As a result, the claims he is raising properly are

asserted pursuant to 28 U.S.C. § 2241 rather than 28 U.S.C. § 2254. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Because Mr. Murray has not filed an application for a writ of habeas corpus pursuant to § 2241, he will be ordered to file an amended application on the proper form if he wishes to pursue his claim in this action. Mr. Murray is advised that he must identify clearly the specific constitutional claims he intends to pursue and he must allege specific facts in support of those claims. Naked allegations of constitutional violations are not cognizable in a habeas corpus action. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Murray file **within thirty (30) days from the date of this order** an amended pleading on the proper 28 U.S.C. § 2241 form. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Murray, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Murray fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED April 26, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00992-BNB

Carey A. Murray
Prisoner No. 135863
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on April 26, 2011.

                                     GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                    Deputy Clerk