IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00992-BNB

CAREY A. MURRAY,

    Applicant,

v.

BRIGHAM SLOAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion to Set Status Conference," filed on July 8, 2011 (Doc. # 13) is DENIED as moot.  This action was dismissed by Order and Judgment filed on June 30, 2011.

    Dated:  July 11, 2011